ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
**FILED**

JUN 23 2019
JUL

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.

BRET WILLIAM SCHMIDT

CRIMINAL NO.

**3-19CR-355-M**

## INDICTMENT

The Grand Jury Charges:

### Count One

**SALE OR TRANSFER OF A FIREARM TO A PROHIBITED PERSON**
[Violation of 18 U.S.C. § 922(d) & 924(a)(2)]

Between on or about September 26, 2014, and on or about July 29, 2015, the exact date being unknown, in the Northern District of Texas, the defendant, **Bret William Schmidt**, knowingly sold and provided a firearm, that is, a Diamondback Arms DB-15 556 AR-15 (Serial Number DB1530839) and a Keltec Sub-2000 9mm Rifle (Serial Number E8S49), to J.T., knowing and having reasonable cause to believe that J.T. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. §§ 922(d) and 924(a)(2).

TRUE BILL:

_____
FOREPERSON

Indictment – Page 1

WILLIAM P. BARR
ATTORNEY GENERAL

_____

CHRISTOPHER J. WILSON
Assistant United States Attorney
Oklahoma State Bar No. 13801
520 Denison St.
Muskogee, OK 74401
Telephone 918-684-5100
Facsimile 918-684-5150
chris.wilson@usdoj.gov


_____
GREGORY DEAN BURRIS
Assistant United States Attorney
Oklahoma State Bar No. 16995
520 Denison St.
Muskogee, OK 74401
Telephone 918-684-5100
Facsimile 918-684-5150
dean.burris@usdoj.gov

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

BRET WILLIAM SCHMIDT

INDICTMENT

21 U.S.C. §§ 922(d) & 924(a)(2)
Sale or Transfer of a Firearm to a Prohibited Person
(Count 1)

1 Count

A true bill rendered

DALLAS

FOREPERSON

Filed in open court this 23rd day of July, 2019.

**Summons to Issue**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending